UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:02-cr-00198 |
| v. | ) | |
| | ) | Judge Trauger |
| GEORGE NASON, et al | ) | |

**GOVERNMENT'S MOTION FOR LEAVE TO DISMISS INDICTMENT**

The United States of America, by and through United States Attorney Mark H. Wildason, and the undersigned, John K. Webb, Assistant United States Attorney, requests, pursuant to Fed. R. Crim. P. 48, that the Court grant leave to dismiss the charges of the Indictment against defendants **PATRICK RAYMOND O'LOUGHLIN**, **DERMOT MAHER, aka DEE FOX**, and **ROSEMIHNA MARQUEZ**, and enter its order dismissing the same. In support of this request, the United States would show the following:

1. The Indictment was issued in the above-captioned proceeding on November 20, 2002, charging defendants **PATRICK RAYMOND O'LOUGHLIN, DERMOT MAHER, aka DEE FOX**, and **ROSEMIHNA MARQUEZ**, and nine other defendants, with numerous counts of conspiracy, mail fraud, bank fraud, making false statements, and money laundering scheme occurring between November 1996 and June 2001. (D.E. 1).

2. All other defendants charged in this Indictment have since been prosecuted, sentenced, and completed their respective sentences.

3. Defendants **O'LOUGHLIN, MAHER**, and **MARQUEZ** have been fugitives since the commencement of this federal prosecution (D.E. 361; D.E. 362; D.E. 364), and the United States has been unable to secure their custody during the years since the